US District Court of NJ
Camden District Court

Shawn A. Woodward

        v.

John Brooks Rehabilation Center Doctor John
Doe; Captain Stowe; Atlantic County
Justice Center's Nurse "Becky" Doe
and Atlantic County Justice Center's Nurse
Jane Doe, sued in their official and in-
dividual capacity,      defendants

Plaintiff's 42
USC § 1983
Civil Rights
Complaint

Docket No:
- CV -

RECEIVED

JUN 23 2025

AT 8:30 _____ M
CLERK, U.S. DISTRICT COURT - DNJ

Jurisdiction:

1.) This Court has jurisdiction over this case pursuant to
28 USC §§ 1331, 1343(3) & (4); 42 USC §§ 1983, 1985

Party's Information:

2.) Plaintiff: Shawn A. Woodward # 01298508
Address: Atlantic County Justice Center, 5060 Atlantic
Avenue, Mays Landing, NJ 08330

3.) Defendant: Captain Stowe
Address   : Same as Plaintiff's

p. 2 of 11

4.) Nurse "Becky" Doe
Address: Same as Plaintiff's

5.) Defendant: Nurse Lane Doe
Address: Same as Plaintiff's

Statement of Facts:

6.) Plaintiff Shawn Woodward ("Woodward")
Swears under the penalty of perjury that the
following is true based on facts or that which
is believed to be true.

7.) Woodward was admitted into the Atlantic
County Justice Centre ("ACJC") on December 27th,
2024. At the time Woodward's "dosage" on the
Suboxone Pill (Anti-Opiod Treatment) from a
contract that ACJC and John Brooks Rehabilitation
Centre ("JBRC") has to treat 'inmates' opiod ad-
diction via a program called "Medical Assistant Treat-
ment" subsequently was 16 mgs.

8.) Upon Woodward's admittance into ACJC
it was 32 mg. ACJC and JBRC lowered
Woodward's dosage by half. This was done

p. 3 of 11

in (~~xxxxxxxxxxxxxx~~) January of 2025.

9.) From January until March of 2025 Woodward constantly complained about ACJC and JBRC completely cutting Woodward's dosage in half, see, Eight (8) Attached Documents/Complaints To ACJC/JBRC's staff, RE: Woodward's Dosage Being Increased ("MAT's Form") [Attachment One (1)]

10.) While Woodward was at an interview with the JBRC's doctor being interviewed for his prescription. Defendant Nurse Jane Doe (A.K.A "Jen"/"Jenny" employed by either or in connection with ACJC, JBRC or some other medical outfit) stated that Woodward should not be allowed to start at 32 mg when ACJC only allows 16 mg.

11.) Woodward described in detail to the doctor all of his medical/withdrawal symptoms, such as, but not limited to; headaches, stomach aches, loose bowl movement, sweats, etc.) The JBRC's Defendant Doctor John Doe ("Dr. Doe") stated "I agree with everything the nurse - Defendant Nurse Jane Doe - is saying ACJC has a contract with JBRC and the contract states that inmates receive no more than 16mg at a time so I'm gonna start you at 16 mg M(r) Woodward."

p. 4 of 11

12.) Woodward went back to his unit/pod - Echo Left - and attempted to file a complaint/grievance, but was prevented by non-party member(s) who refused to provide me with "Informal Forms".

13.) Woodward then attempted to use the ACJC's Tablets and Inmate Request Forms to address his concerns to the ACJC's and JBRC's staff. The following occurred from January until March of 2025:

A.) Woodward's MAT's counselor put him on the list to see the Doctor (presumably Defendant Doctor Doe) about an increase in dosages;

B.) The same MAT's staff worker stated that per ACJC's Protocol Woodward could not go up beyond 16 mg, see No.#2 Inmate Request Form, dated 1-31(=)25/2-03-25,

C.) The MAT's Staff employed by JBRC said in a 2-10-25 response that JBRC's Staff did not have the ACJC's Protocol that 16mg was the limited, see, No.#3, id

D.) On 2-25-25 Defendant Captain Stowe ("Stowe")

p. 5 of 11

responded to Woodward's Open Public Records Act request for a copy of the ACJC's Protocol that inmates do not receive more than 16mg of Suboxone, see, No#5, id

E.) Another advisement that the Protocol was an ACJC's and not JBRC's rule, see, No#6, id

14.) Woodward went approximately four (4) month only receiving 16mg of his medication. Which was half of his original dose from society.

15.) Infact Woodward was "eligible" (per ACJC's Protocol) to receive 32mg of suboxone upon being admitted in ACJC as stated in No#2, id, dated February 3rd, 2025 "...per jail protocol they do not increase ...more than 16mg unless you are coming to jail with a high dose..."

16.) In or about early April of 2025 Woodward was increased to 24mg of suboxone. This helped a little with the headaches, stomachaches, etc Woodward was experiences from withdrawals. Of not being given the 32mg he came in the jail on.

17.) Woodward perscription - as told to the Nurse to

p. 6 of 11

verify that he was receiving Suboxone in society - was from Jogi Pharmacy on Atlantic Avenue in A.C, N.J.

18.) On March 1st, 2025 began the first day of Ra-madhaan. This is the Month in which the Qur'aan was revealed and the Month that God has obligated the fasting of muslims from sun-up to sun-down. Fasting cannot be put off, it is a major sin not to fast and Woodward has been a practicing muslim (since) for more than two (2) decades. Woodward be-lieves that fasting is an obligation for him based upon the tenants of his religion.

19.) Woodward was receiving "Antibiotics" for a tooth cavity once a day. Once a day it would come at 5 o'clock in the morning.

20.) Because of Ramadan Woodward requested that his "Suboxone" medication be brought at 5am in the morning; see, Attachment Two (2), Eight (8) Attached Documents/Complaints To ACJC's/ ACJC's Medical Staff; RE: Woodward Being Brought His Suboxone At 5am So He Could Fast During Ramadan.

p. 7 of 11

21.) The purpose of the request was so that Woodward could take the Suboxone in the morning - 5am - and then still be able to complete his daily fasting.

22) Defendant Nurse "Becky" Doe of ACJC Medical Staff ("Becky") denied Woodward the right to participate in the fasting of Ramadan. By refusing to give Woodward his Suboxone at 5am in the morning.

23.) Prior to this Woodward would receive his Suboxone at approximately 1pm in the afternoon and would be forced to drink water during the Month of Ramadan in order to get the Suboxone By Defendant Nurse "Jen/Jenny." Who gave out the Suboxone Monday through Friday at all relevant times Woodward was housed at ACJC.

24.) Specially on February 27th, 2025 - two (2) days before Ramadan started - Woodward filed a In-mate Request Form complaining that another Nurse, Defendant Nurse Jane Doe ("Defendant African-American Female Nurse"/"Defendant A.A.F.N") who delievered the medication on February 27th, 2025 to Echo-Left at approximately 6 pm. Told Woodward that he could not and would not receive his

p. 8 of 11

Suboxone at 5am in the morning and told Woodward that he would receive a misbehavior report for calling the Medical Hotline on February 27th, 2025 at 3:14 p.m

25.) In other words on February 27th, 2025 Woodward gave the ACJC's Medical Staff permission to discuss his medical history with his wife - Kristy Manero - who called on behalf of Woodward complaining about getting his Suboxone at 5am in the morning. Defendant Becky and Defendant A.A.F.N denied Woodward's request

26.) Ramadan ended on March 30th, 2025. The Muslim's Festival (Eed-ul-Fitr) which celebrates the ending of the Holy Month of Ramadan and is an obligatory festival for muslims to participate in. In the muslim's religion the Eed-ul-Fitr's is one(1) of two(2) major muslim's festival. It consist of:

A.) A group prayer and sermon,
B.) The eating of a special meal prepared that is different from the usual day to day meals prepared and eaten by muslims,

p. 9 of 10

C.) Activities with the muslims, such as, inter alia, games, contests, etc.

27.) Because of Woodward's "incareration" and as a practicing muslim Woodward is obligated to follow the "Verse" in the Qur'aan (Koran) which is: Chapter 64 Verse 16 which states in the interpetation of the meaning "... Worship Allaah ..." (God) "... as much as you are able to ..."

28.) So Woodward while on Echo-Left led the six (6) muslim inmates in prayer, gave the sermon and relied upon the ACJC's Staff to provide the festival meal.

29.) On March 31st, 2025 - see, Attachment Two (2) No.#8 - Woodward complained that ACJC's Defendant Stowe refused to provide Woodward with a "festival meal". On the day of the festival, which was, March 31st, 2025.

Constitutional Basis:

30.) Claim One (1): Defendant Dr. Doe and Defendant Nurse Jen/Jenny denied Woodward his right to be

from cruel and unusual punishment and was deliberate indifferent to Woodward's serious medical needs under the Eighth and Fourteenth Amendment. By refusing to give Woodward his prescribed Suboxone of 32mg and starting his dosage at 16 mg. Despite the fact that Woodward suffered from headaches, stomach aches, vomitting, abnormal bowl movements, etc.

31.) Claim Two (2): Defendant Stowe violated Woodward's right to receive a high dosage of Suboxone by denying Woodward's request for a higher dose based upon an ACJC's Protocol that did not exsist. This violated Woodward's right under the Eighth and Fourteenth Amendment as described under Claim One (1).

32.) Claim Three (3): Defendants Nurse Becky and (~~Rebecca~~) Nurse A.A.F.N violated Woodward's right to freely practice his religion. By denying the chance to receive his Suboxone at 5am so the morning so Woodward could fast the Month of Ramadan under the First Amendment.

33.) Claim Four (4): Defendant Stowe violated

p. 11 of 11

Plaintiff's right to freely practice his religion by denying Woodward his Subonoxe at 5am in the morning so Woodward could fast the Month of Ramadan and denying Woodward the March 31st, 2025 Eed-ul-Fitr (festival) meal which is obligatory to eat on the day of the eed. This violated Woodward's right under the Free Exercise Clause of the First Amendment.

Relief:

34.) Woodward request that this Court:

A.) Enter judgment in favor of Woodward in the amount of $1,000,000.00 to be entered jointly against all defendants.

Dated: May 14th, 2025

Shawn Woodward
Pro Se Plaintiff