## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

|                                      |                              |
|--------------------------------------|------------------------------|
| SHAWN A. WOODWARD,                   |                              |
| Plaintiff                            | Civil No. 25-12052 (RMB-SAK) |
| v.                                   |                              |
| JOHN BROOKS REHABILATION             | **ORDER**                    |
| CENTER DOCTOR JOHN DOE, *et al*.,    |                              |
| Defendants                           |                              |

**THIS MATTER** having come before the Court upon Plaintiff's Pro Se Complaint and application to proceed *in forma pauperis*; and the Court having screened the Complaint pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b); and for the reasons set forth in the accompanying Memorandum Opinion;

**IT IS** on this **25th day of March 2026**,

**ORDERED** that Plaintiff's application to proceed *in forma pauperis*, Dkt. No. 1-2, is **GRANTED**; and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1915(b), Plaintiff shall be assessed the filing fee of $350.00; and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1915(b)(2), the agency having custody of Plaintiff shall deduct from Plaintiff's prison account an initial partial filing fee, if

1

funds exist, and thereafter shall forward to the Clerk of the Court monthly payments of twenty percent (20%) of the preceding month's income credited to Plaintiff's account, each time the amount in the account exceeds $10.00, until the filing fee is paid in full; and it is further

ORDERED that the Clerk of the Court shall serve a copy of this Order upon the Administrator/Warden of Atlantic County Justice Facility; and it is further

ORDERED that the Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and § 1915A(b); and it is further

ORDERED that Plaintiff shall have thirty (30) days from the date of entry of this Order to file an amended complaint to cure the deficiencies identified in the Memorandum Opinion; and it is further

ORDERED that the Clerk of the Court shall **FILE** the Complaint and shall **ADMINISTRATIVELY TERMINATE** this matter, subject to reopening by this Court upon timely submission of an amended complaint; and it is further

ORDERED that if Plaintiff fails to file a timely amended complaint, dismissal of this matter will be converted to a dismissal with prejudice without further notice.

s/Renée Marie Bumb
RENÉE MARIE BUMB
Chief United States District Judge

2